JAMES J. PATANE, Appellant, *v.* UNITED TRACTION COMPANY, Respondent.

*Negligence — motor vehicles — motor truck damaged by collision with trolley car — contributory negligence of driver.*

*Patane* v. *United Traction Co.*, 213 App. Div. 537, affirmed.

(Argued May 6, 1926; decided May 25, 1926.)

APPEAL from a judgment, entered July 17, 1925, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was brought to recover damages to an automobile truck owned by plaintiff as the result of a collision with a trolley car of the defendant at the intersection of Western avenue and Euclid avenue, in the city of Albany. It appeared that the accident happened in the daytime and that the driver of the truck could see the car approaching when thirty feet from the track. He testified that he was looking all the while and thought he had plenty of time. The Appellate Division held him to be guilty of contributory negligence.

*Henry J. Crawford* for appellant.

*J. Stanley Carter* and *Charles P. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN and LEHMAN, JJ. Dissenting: CRANE, J. Absent: ANDREWS, J.

_____

TUTTLE CORPORATION, Appellant, *v.* THE PENNSYLVANIA RAILROAD COMPANY, Respondent.

*Conversion — carriers — trial — action to recover for alleged conversion of coal delivered to railroad for transportation — dismissal of complaint on it appearing that coal had been diverted in accordance with rules of association of which plaintiff was member but similar quantity and quality of coal delivered to it — right of plaintiff to show value of coal in proof of damage.*

*Tuttle Corp.* v. *Pennsylvania R. R. Co.*, 215 App. Div. 767, affirmed.

(Argued May 6, 1926; decided May 25, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered January 5, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover for the alleged conversion of twenty-eight carloads of coal, delivered by plaintiff to defendant for transportation from Scully Scales, Penn., to Philadelphia. The complaint was dismissed because it appeared that plaintiff was a member of a tidewater coal exchange and in accordance with its rules the coal shipped had been diverted and delivered to another member while a similar quantity and quality of coal was delivered to and received by plaintiff at the time and place for delivery. Plaintiff contended that the dismissal of the complaint was erroneous because thereby he was denied a right, which he had reserved, to show the value of the coal in proof of damage.

*E. Crosby Kindleberger* and *Hamilton Rogers* for appellant.

*Harold L. Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

BERNIS W. STONE, Appellant, *v.* COMMONWEALTH FINANCE CORPORATION, Respondent.

*Contract — guaranty — action to recover upon alleged contract of guaranty — complaint dismissed.*

*Stone v. Commonwealth Finance Corp.,* 215 App. Div. 704, affirmed. (Argued May 7, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court ·in the first judicial department, entered February 11, 1926, which affirmed a judgment in favor of defendant entered upon an order of Special Term granting a motion by defendant for a dismissal of the amended complaint upon the ground that it failed to state facts sufficient to constitute a cause of action. The action is brought by the assignee of claimants against an